NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

RUSS, AUGUST & KABAT
Marc A. Fenster (SBN: 181067)
Andrew D. Weiss (SBN: 232974)
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474

FILED
2010 NOV 19  PM 2:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

ATTORNEYS FOR: PLAINTIFFS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAND MEDIA, INC.<br><br>Plaintiff(s),<br>v.<br><br>STRAGENT, LLC and SEESAW FOUNDATION<br><br>Defendant(s) | CASE NUMBER:<br><br>CV 10 8925-RGK (SH)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff Demand Media, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                                          **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Demand Media, Inc.                                                                         Plaintiff


November 19, 2010                                _/s/ Marc G. Fenster_
Date                                                           Sign

                                                                    Marc A. Fenster
                                                                    Attorney of record for or party appearing in pro per

CV-30 (04/10)                                           NOTICE OF INTERESTED PARTIES